| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

PAMELA MONTERROSA,

    Plaintiffs,

v.

NAPA COUNTY CHILD WELFARE SERVICES, et al.,

    Defendants.

Case No. 19-cv-02362-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 25, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: n/a

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 18, 2020.

DESIGNATION OF EXPERTS: April 20, 2020; REBUTTAL: n/a;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 22, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; June 5, 2020;
    Opp. Due: June 19, 2020; Reply Due: June 26, 2020;
    and set for hearing no later than July 10, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: August 11, 2020 at 3:30 PM.

JURY TRIAL DATE: August 24, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to a Magistrate-Judge for settlement purposes. The settlement conference shall occur in February 2020.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 8/9/19

SUSAN ILLSTON
United States District Judge