UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA MONTERROSA,<br><br>    Plaintiff,<br><br>    v.<br><br>NAPA COUNTY CHILD WELFARE SERVICES, et al.,<br><br>    Defendants. | Case No. 19-cv-02362-SI<br><br>**ORDER REFERRING LITIGANT FOR APPOINTMENT OF COUNSEL BY FEDERAL PRO BONO PROJECT; STAYING PROCEEDINGS**<br><br>Re: Dkt. No. 21 |

The plaintiff having requested and being in need of counsel to assist her in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Plaintiff shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward this order to the Project office. The scope of this referral shall be for <u>all purposes</u> for the duration of the case

2. Upon being notified by the Project that an attorney has been located to represent the plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Plaintiff in this action.

**IT IS SO ORDERED**.

Dated: September 11, 2019

_____
SUSAN ILLSTON
United States District Judge