UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA MONTERROSA,

        Plaintiffs,

    v.

NAPA COUNTY CHILD WELFARE SERVICES, et al.,

        Defendants.

Case No.  19-cv-02362-SI  (SI)

**SECOND PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **August 21, 2020 at 3:00 PM.**
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: **December 4, 2020**.

DESIGNATION OF EXPERTS: **January 8, 2021**; REBUTTAL: **January 19, 2021**;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: **February 19, 2021**.

DISPOSITIVE MOTIONS **SHALL** be filed by; **February 26, 2021**;
    Opp. Due: **March 12, 2021**; Reply Due: **March 19, 2021**;
    and set for hearing no later than **April 2, 2021 at 10:00 AM**.

PRETRIAL CONFERENCE DATE: at **May 11, 2021 at 3:30 PM**.

TRIAL DATE: at **May 24, 2021 at 8:30 AM**.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-7 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: April 21, 2020

_____
SUSAN ILLSTON
United States District Judge